UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETA VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 18-cv-07094-KAW<br><br>**ORDER TO SHOW CAUSE** |

On November 28, 2018, Defendant Wells Fargo Bank, N.A. filed a motion to dismiss the complaint. (Dkt. No. 7.) Plaintiff's opposition was due on December 12, 2018; as of the date of this order, however, Plaintiff has not filed an opposition. Therefore, Plaintiff is ordered to show cause, by **December 28, 2018**, why Defendant's motion should not be granted as unopposed by: (1) filing an opposition to Defendant's motion to dismiss, and (2) explaining why she did not file a timely response. Failure to complete both tasks by December 28, 2018 may result in the Court granting Defendant's motion pursuant to Paragraph 22 of this Court's Standing Order, which states: "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion."

If Plaintiff files her opposition, Defendant may file a reply by January 7, 2019.

IT IS SO ORDERED.

Dated: December 20, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge