UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETA S. VILLANUEVA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　Defendant. | Case No. 18-cv-7094-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On February 22, 2019, Defendant Wells Fargo Bank, N.A. filed a motion to dismiss the complaint. (Dkt. No. 26.) Plaintiff's opposition was due on March 8, 2019; Plaintiff, however, did not file her opposition until March 14, 2019 at 11:54 P.M. (Dkt. No. 28.) Plaintiff provides no apparent explanation for the late filing. Moreover, the Court notes that Plaintiff failed to file an opposition to Defendant's prior motion to dismiss, and did not respond to the Court's order to show cause. (*See* Dkt. Nos. 11 (order to show cause why Defendant's motion to dismiss should not be granted given Plaintiff's failure to file an opposition); 13 (order granting motion to dismiss in light of Plaintiff's failure to oppose).) Accordingly, the Court ORDERS Plaintiff to show cause, by **March 18, 2019**, why her late-filed opposition should not be stricken by explaining why she failed to timely file.

The Court CONTINUES the deadline for Defendant to file a reply to **March 25, 2019**.

IT IS SO ORDERED.

Dated: March 15, 2019

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge