David A. Butler, Jr., Esq.
CA State Bar No. 139871
305 San Bruno Avenue West
San Bruno, CA  94066-3526
Tel. 650.873.3750
Fax 650.873.3168
*davebutlerjr@yahoo.com*

Attorney for Plaintiff,
**VIOLETA VILLANUEVA**

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VIOLETA S. VILLANUEVA, AS AN INDIVIDUAL AND AS SURVIVING CO- TRUSTEE OF THE CHARLIE P. VILLANUEVA AND VIOLETA S. VILLANUEVA REVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | No.   18-cv-07094-KAW<br><br>MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL |

Pursuant to F.R.A.P. 4(a)(5), Violeta Villanueva respectfully requests leave to file the within notice of appeal out of time.  Violeta Villanueva desires to appeal the order of dismissal in this action entered on April 5, 2019, but failed to file a notice of appeal within the required number of days because:

Plaintiff's attorney is recovering from CABG (Cardiac Artery Bypass Graft) surgery on 4/19/2018 and recently has suffered some related health issues that has affected his ability to work and as a result the deadline in this case passed.

---

1

MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

|  |  |
|---|---|
| June 4, 2019 | s/ David Butler <br> _____ <br> David Butler <br> Attorney for Plaintiff |